Summons in a Civil Action

---

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

DONNA OHSANN,

    PLAINTIFF,

V.

L. V. STABLER HOSPITAL and
COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORPORATION

    DEFENDANT.

**SUMMONS IN A CIVIL ACTION**

Case Number: 2:07CV875-WKW

TO: **Community Health Systems Professional Services Corporation
c/o National Registered Agents, Inc., Registered Agent
150 S. Perry Street
Montgomery, AL 36104**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address):

David R. Arendall
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue, Third Floor
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

10-2-07

DATE

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me | DATE: |
| NAME OF SERVER (*PRINT*) | TITLE: |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                                  *Signature of Server*

                                                                          _____
                                                                          *Address of Server*

Summons in a Civil Action

___

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

DONNA OHSANN,

    PLAINTIFF,

V.

L. V. STABLER HOSPITAL and
COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORPORATION

    DEFENDANT.

**SUMMONS IN A CIVIL ACTION**

Case Number: 2:07CV875-WKW

TO: **L. V. Stabler Hospital
c/o Any Officer or Agent
29 L. V. Stabler Drive
Greenville, AL 36037**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address):

    David R. Arendall
    Allen D. Arnold
    Arendall & Associates
    2018 Morris Avenue, Third Floor
    Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

10-2-07
DATE

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and complaint was made by me | DATE: |
| NAME OF SERVER (*PRINT*) | TITLE: |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

| **STATEMENT OF SERVICE FEES** |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| **DECLARATION OF SERVER** |||

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
               Date                                  *Signature of Server*

                                             _____
                                                *Address of Server*