**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Community Health Systems Professional
   Services Corporation
   c/o National Registered Agents, Inc.
   Registered Agent
   150 S. Perry Street
   Montgomery, AL 36104

   07-875 S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ April _____   ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   E.S. BELLAMY

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number (Transfer from service label)
7004 2510 0002 6128 4240

Domestic Return Receipt                102595-02-M-1540