IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**DONNA OHSANN,**

    **PLAINTIFF,**

**V.**                         **CIVIL ACTION NO. 2:07-cv-00875-WKW**

**L. V. STABLER HOSPITAL and**
**COMMUNITY HEALTH SYSTEMS**
**PROFESSIONAL SERVICES CORPORATION,**

    **DEFENDANTS.**

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Plaintiff by and through her attorney of record, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: This party is an individual.

    Dated: October 17, 2007.

                                                 /s/ David R. Arendall
                                                 _____
                                                 David R. Arendall, Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office; 205.252.1556 – Facsimile

                                                                          

## CERTIFICATE OF SERVICE

I do hereby certify that on October 17, 2007, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system of filing.  A copy has bee mailed by First Class mail to the Defendants as follows:

L. V. Stabler Hospital
c/o Any Officer or Agent
29 L. V. Stabler Drive
Greenville, AL  36037

Community Health Systems Professional Services Corporation
c/o National Registered Agents, Inc.
Registered Agent
150 S. Perry Street
Montgomery, AL  36104

/s/ David R. Arendall
_____
Of Counsel