IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **DONNA OHSANN,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION NO. |
| vs. | * | |
| | * | 2:07-cv-00875-WKW |
| **L. V. STABLER HOSPITAL and** | * | |
| **COMMUNITY HEALTH SYSTEM** | * | CONSENT MOTION |
| **PROFESSIONAL SERVICES** | * | |
| **CORPORATION,** | * | |
| | * | |
| Defendants. | * | |

_____

**NOTICE OF APPEARANCE
AND
CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE
FIRST RESPONSIVE PLEADING TO COMPLAINT**
_____

Richard E. Smith, David B. Walston and Joi C. Scott of the law firm of Christian & Small, LLP, 505 North 20th Street, Suite 1800, Birmingham, Alabama 35203, (205) 795-6588, file their notice of appearance as counsel of record for Defendants, L. V. Stabler Hospital and Community Health System Professional Services Corporation.

Defendants, L. V. Stabler Hospital and Community Health System Professional Services Corporation move the Court to grant an extension and allow

until Friday, November 30, 2007, for the filing of the first responsive pleadings to Plaintiff's Complaint. Counsel for Defendants has consulted David R. Arendall, counsel for Plaintiff, who consents to the requested extension.

WHEREFORE, premises considered, Defendants, L. V. Stabler Hospital and Community Health System Professional Services Corporation respectfully request the Court to enter an order extending the time in which a first responsive pleading may timely be filed until November 30, 2007.

/s/   Richard E. Smith
Richard E. Smith

/s/   David B. Walston
David B. Walston

/s/   Joi C. Scott
Joi C. Scott

Attorneys for Defendants

**OF COUNSEL:**

CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203-2696
Telephone: (205) 795-6588
Facsimile: (205) 328-7234
resmith@csattorneys.com
dbwalston@csattorneys.com
jcscott@csattorneys.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of this Notice and Motion was served on the following in accordance with the electronic filing procedures established the United States District Court for the Northern District of Alabama, on this October 18, 2007:

    David R. Arendall, Esq.
    Allen D. Arnold, Esq.
    Arendall & Associates
    2018 Morris Avenue
    Birmingham, AL 35203

                      /s/ David B. Walston
                      Of Counsel