IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DONNA OHSANN,                                    )
                                                 )
        Plaintiff,                               )
                                                 )
v.                                               )        CASE NO.  2:07-CV-875-WKW
                                                 )
L.V. STABLER HOSPITAL and                        )
COMMUNITY HEALTH SYSTEM                           )
PROFESSIONAL SERVICES CORPORATION,               )
                                                 )
        Defendants.                              )

## ORDER

Upon consideration of the defendants' Consent Motion for Extension of Time (Doc. # 7), it

is ORDERED that the motion is GRANTED.  The deadline for the defendants to file an answer or

other responsive pleading is extended from October 23, 2007, to **November 30, 2007.**

DONE this 19th day of October, 2007.

             /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE