IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONNA OHSANN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION NO. |
| vs. | * | |
| | * | 2:07-cv-00875-WKW |
| L. V. STABLER HOSPITAL and | * | |
| COMMUNITY HEALTH SYSTEM | * | |
| PROFESSIONAL SERVICES | * | |
| CORPORATION, | * | |
| | * | |
| Defendants. | * | |

**CORPORATE DISCLOSURE STATEMENT OF
L.V. STABLER MEMORIAL HOSPITAL**

Defendant Greenville Hospital Corporation d/b/a L.V. Stabler Memorial Hospital, in accordance with General Order No. 3047 of the United States District Court for the Middle District of Alabama, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities:

Greenville Hospital Corporation d/b/a L.V. Stabler Memorial Hospital is wholly-owned by CHS Holdings Corp., which is wholly-owned by Community Health Investment Corporation, which is wholly-owned by CHS / Community

Health Systems, Inc., which is wholly-owned by Community Health Systems, Inc., a publicly-traded company under the symbol "CYH" on the New York Stock Exchange.

/s/   David B. Walston
David B.  Walston

Attorney for Greenville Hospital
Corporation d/b/a L.V. Stabler
Memorial Hospital

**OF COUNSEL:**

CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL  35203-2696
Telephone:  (205) 795-6588
Facsimile:   (205) 328-7234
dbwalston@csattorneys.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this Disclosure was served on the following in accordance with the electronic filing procedures established the United States District Court for the Middle District of Alabama, on this October 24, 2007:

>David R. Arendall, Esq.
>Allen D. Arnold, Esq.
>Arendall & Associates
>2018 Morris Avenue
>Birmingham, AL 35203

/s/ David B. Walston
Of Counsel