IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA OHSANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:07-CV-875-WKW |
| | ) |
| L.V. STABLER HOSPITAL and | ) |
| COMMUNITY HEALTH SYSTEM | ) |
| PROFESSIONAL SERVICES CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

Before the court is the parties' Rule 26(f) Report, in which the parties represent that this is a potential collective action pursuant to the Fair Labor Standards Act and that the plaintiffs intend to ask for conditional class certification and notice. Therefore, it is ORDERED that:

1. The plaintiff shall file her motion for conditional class certification and court-authorized notice, supporting brief and any evidentiary submission, and proposed notice form **on or before February 22, 2008.**

2. The defendants shall file a response brief, any evidentiary submission, and any objection to the proposed notice form **on or before March 14, 2008.**

3. The plaintiff may file a reply brief **on or before March 28, 2008.**

Additional scheduling dates and deadlines will be set after the court determines the issue of conditional certification.

DONE this 11th day of January, 2008.

                         /s/  W. Keith Watkins
                         UNITED STATES DISTRICT JUDGE