IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DONNA OHSANN,

PLAINTIFF,

V.   CIVIL ACTION NO.: 2:07-cv-00875-WKW

L. V. STABLER HOSPITAL and
COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORPORATION,

DEFENDANTS.

### PLAINTIFFS' SUPPLEMENTAL EVIDENTIARY SUBMISSIONS TO THEIR BRIEF IN SUPPORT OF MOTION FOR CONDITIONAL CLASS CERTIFICATION AND TO FACILITATE COURT-APPROVED NOTICE UNDER 29 U.S.C. §216(b)

Plaintiffs file the following supplemental evidentiary submissions to their Brief in support of their Motion for Conditional Class Certification.

| No. | Description |
| --- | --- |
| 8 | Declaration of Theresa Carter |

Respectfully submitted,

/s/ David R. Arendall

_____

David R. Arendall
Counsel for Plaintiff

1

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL 35203
205.252.1550 – Office; 205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

     I hereby certify that on February 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

David Walston, Esq.

                                /s/ David R. Arendall
                                _____
                                Of Counsel

# SUPPLEMENTAL

# EVIDENTIARY SUBMISSION 8

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Theresa Carter__, a current or former employee of L.V. Stabler Hospital, hereby consent to become a party plaintiff in a lawsuit against L.V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against __L.V. Stabler__.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: __2/6/08__.

__Theresa J. Carter__
Signature

__Theresa J. Carter__
Print Name

__3400 Richmond Pkwy Apt # 3615__
Address (Required)

__San Pablo, CA 94806__
City, State and Zip Code

__510-758-7983__
Day Phone no. – Include area code (Required)

__925-370-5975__
Evening phone no. – Include area code (Required)

__510-374-2720__
Mobile Phone – include area code

__teri419@hotmail.com__
E-mail Address