IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONNA OHSANN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION NO. |
| vs. | * | |
| | * | 2:07-CV-00875-WKW |
| L. V. STABLER HOSPITAL and | * | |
| COMMUNITY HEALTH SYSTEM | * | |
| PROFESSIONAL SERVICES | * | |
| CORPORATION, | * | |
| | * | |
| Defendants. | * | |

_____

**JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE FOR
MOTION FOR RESPONSE AND REPLY TO PLAINTIFF'S
MOTION FOR CONDITIONAL CERTIFICATION OF
A COLLECTIVE CLASS**

_____

Plaintiffs and Defendants jointly move the Court for the entry of an Order extending the deadlines for the submission of:

> Defendants' Opposition to the Motion for Conditional Certification, currently set as March 14, 2008; and

> The Reply of Plaintiffs' to Defendants' opposition, currently set as March 28, 2008.

As grounds for this motion, the parties show unto the Court that:

-1-

1. The submissions accompanying the Motion for Conditional Certification identify additional individuals seeking to opt-in to this cause and the current briefing schedule may not allow Defendants adequate time in which to investigate and respond to the declarations filed by these individuals.

2. Counsel for the parties have long-scheduled and non-refundable vacation trips (one scheduled to coincide with his children's Spring Break) during the time periods established by the current briefing order and compliance with the current deadlines effectively reduces the actual time available to counsel to investigate and prepare responses and replies to the filings of the other parties.

3. The extension of these deadlines is desired and sought jointly by counsel for all parties to this cause.

WHEREFORE, premises considered, the parties jointly request this Court to enter an Order modifying the current briefing order as follows:

> "2. The defendants shall file a response brief, any evidentiary submission, and any objection to the proposed notice form **on or before Friday, March 28, 2008.**
>
> 3. The plaintiff may file a reply brief **on or before Friday, April 11, 2008.**"

Respectfully submitted this the 5th of March, 2008.

s/   David R. Arendall

Counsel for Plaintiff and Opt-in Movants

**OF COUNSEL:**

ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, AL 35203

s/   David B. Walston

Attorney for Defendants

**OF COUNSEL:**

CHRISTIAN & SMALL, LLP
505 North 20th Street
1800 Financial Center
Birmingham, Alabama 35203-2696