IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA OHSANN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0875-WKW |
| ) | |
| L. V. STABLER HOSPITAL, *et al.*, ) | |
| ) | |
|    Defendants. ) | |

## **ORDER**

Upon consideration of the parties' Joint Motion for Extension of Briefing Schedule (Doc. # 23), it is ORDERED that the motion is GRANTED. The defendants' deadline to file a response brief and any objection to the proposed notice form is extended from March 14, 2008 to **March 28, 2008**. The plaintiff's deadline to file a reply brief is extended from March 28, 2008 to **April 11, 2008**.

DONE this 7th day of March, 2008.

                                                     /s/  W. Keith Watkins
                                             UNITED STATES DISTRICT JUDGE