**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                    TELEPHONE (334) 954-3600

April 2, 2008

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Ohsann v. L.V. Stabler Hospital et al

Case Number:    2:07-cv-00875-WKW

**Referenced Pleading:    Motion to amend or correct**
**Docket Entry Number:    27**

**The referenced pleading was filed on \*\*\*April 1, 2008\*\*\* in this case and is hereby STRICKEN as a duplicate erroneous docket entry.**

**Parties are instructed to disregard #27 docketing entry, which has been stricken from the record as a docketing error.**