IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA OHSANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:07-cv-0875-WKW |
| | ) |
| L. V. STABLER HOSPITAL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Toll the Statute of Limitations (Doc. # 28), it is ORDERED that the defendants show cause in writing why the motion should not be granted **on or before April 14, 2008**. The plaintiff may file a reply brief **on or before April 21, 2008**.

Furthermore, it is ORDERED that the defendants' Motion for Leave to File Supplemental Evidentiary Appendix (Doc. # 26) is GRANTED. The evidentiary appendix is deemed filed.

DONE this 4th day of April, 2008.

                                                /s/   W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE