IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DONNA OHSANN,

    PLAINTIFF,

V.                  CIVIL ACTION NO. 2:07-cv-00875-WKW

L. V. STABLER HOSPITAL and
COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORPORATION,

    DEFENDANTS.

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTARY EVIDENTIARY SUBMISSIONS

COMES NOW, the Plaintiff by and through undersigned counsel, and moves this Honorable Court for leave to file Supplementary Evidentiary Submissions in support of Plaintiffs' Motion for Conditional Class Certification and shows in support thereof as follows:

1. Plaintiff timely filed her Motion for Conditional Class Certification, Brief in support, and Evidentiary Submissions.

2. This Court allowed Plaintiff until April 11, 2008 within which to respond to Defendant's Opposition to Plaintiffs' Motion.

3. Defendant raised a number of objections to Plaintiffs' Evidentiary Submissions, as well as other matters not addressed in Plaintiffs' Motion for which

evidence to the contrary exist. Plaintiffs seek leave to file supplemental evidentiary submissions both addressing certain points made by Defendant in its Opposition brief, as well as to modify declarations of Plaintiff and opt-in Plaintiffs to further clarify their claims in support of this Motion.

4. Allowing Plaintiff to supplement her Evidentiary Submissions will give the Court an opportunity to both better understand Plaintiff's claims, evidentiary support for her motion, and to have a more complete record within which to rule upon Plaintiff's Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff moves this Court for leave to file Supplemental Evidentiary Submissions with her Reply Brief.

Respectfully submitted,

/s/ David R. Arendall

_____
David R. Arendall
Counsel for Plaintiff

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:
David Walston, Esq.

/s/ David R. Arendall
_____
Of Counsel