IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA OHSANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0875-WKW |
| ) | |
| L. V. STABLER HOSPITAL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the pending motions before the court, it is ORDERED that:

1. The plaintiff's Motion for Leave to File Supplemental Evidentiary Submissions (Doc. # 32) is GRANTED. The supplemental evidentiary submissions (Doc. # 33) are deemed filed.

2. The defendants' Motion to Strike Plaintiff's Supplemental Declarations (Doc. # 35) is DENIED.

3. The defendants' alternative Motion for Leave to File Sur-Reply Brief (Doc. # 35) is GRANTED. The defendants' sur-reply shall be filed **on or before April 25, 2008**, and shall be limited in scope to the plaintiff's supplemental evidence. No further briefing will be allowed on the conditional class certification issue absent extraordinary circumstances.

DONE this 18th day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE