IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA OHSANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:07-cv-0875-WKW |
| | ) |
| L. V. STABLER HOSPITAL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

Upon consideration of the Plaintiff's Motion for Leave to File a Sur-Sur-Reply (Doc. # 39), it is ORDERED that the motion is DENIED. The court previously stated that "[n]o further briefing will be allowed on the conditional class certification issue absent extraordinary circumstances." (Doc. # 36.) The court finds no extraordinary circumstances warranting yet another round of briefing on this topic and further delaying the disposition of the plaintiff's motion for class certification. Any portion of the defendants' sur-reply that oversteps the limitations[1] imposed by the court's previous order will not be considered.

DONE this 30th day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] The court allowed the defendants to file a sur-reply, but required that it "be limited in scope to the plaintiff's supplemental evidence." (Doc. # 36 ¶ 3.)