IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DONNA OHSANN,

     PLAINTIFF,

V.                         CIVIL ACTION NO. 2:07-cv-00875-WKW

L. V. STABLER HOSPITAL and
COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORPORATION,

     DEFENDANTS.

**SECOND NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS**

Come now the Plaintiffs in the above matter and files the Consents of the

following individual as opt-in Plaintiffs in this action (collectively, Exhibit A):

Theresa M. Allen, Jacquelin Barganier, Illya D. Bogan, Veronica Boyge

Alisaha Huguler, Mellan D. Johnson, Charla M. Marsh, Clara Sellers, and Carl

Sexton.

                      Respectfully submitted,

                      /s/ David R. Arendall

                      _____

                      David R. Arendall
                      Counsel for Plaintiff

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  David Walston, Esq.


/s/ David R. Arendall

_____

Of Counsel

# EXHIBIT A

# TO SECOND NOTICE

# OF FILING OF CONSENTS

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Theresa M. Allen_, a current or former employee of L. V. Stabler

Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect

back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor

Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be

filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the

reverse of this page.

Dated: _7-17-08_ .

_____
Signature

_Theresa M. Wallhofer Allen_
Print Name

_9953 Luverne Highway_
Address (Required)

_Greenville, AL 36037_
City, State and Zip Code

_334-382-7910_
Day Phone no. – Include area code (Required)

_334-382-7797_
Evening phone no. – Include area code (Required)

_334-437-2820_
Mobile Phone – include area code

_tallen_617@yahoo.com_
E-mail Address

**Ohsann v. L. V. Stabler**

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Jacqueline Barganier_, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _7/17/08_ .

_Jacqueline Barganier_
Signature

_Jacqueline Barganier_
Print Name

_171 Logan's Run Rd._
Address (Required)

_Greenville, AL 36037_
City, State and Zip Code

_(334) 382-1490 WK_
_334 382-6213 Hm_
Day Phone no. – Include area code (Required)

_334 382-6213 Hm_
Evening phone no. – Include area code (Required)

_334 437 6738_
Mobile Phone – include area code

_jackieb_exhskp@yahoo.com_
E-mail Address

Ohsann v. L. V. Stabler

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _ILLYA D Bogan_ , a current or former employee of L. V. Stabler

Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect

back pay, liquidated damages,  minimum wage and/or overtime compensation under the Fair Labor

Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be

filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the

reverse of this page.

Dated: _7/20/08_ .

_Signature_

_ILLYA D BOGAN_
Print Name

_2761 Pine Acres St_
Address (Required)

_Millbrook          AlABAMA          36054_
City, State and Zip Code

_334-285-1736_
Day  Phone no. – Include area code (Required)

_Same_
Evening phone no. – Include area code (Required)

_334- 328- 6355_
Mobile Phone – include area code

_ibogan66@msn.com_
E-mail Address

**Ohsann v. L. V. Stabler**

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Veronica Boyge_ , a current or former employee of L. V. Stabler

Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect

back pay, liquidated damages,   minimum wage and/or overtime compensation under the Fair Labor

Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be

filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the

reverse of this page.

Dated: _July 16, 2008_ .

_Veronica Boyge_
Signature

_Veronica Boyge_
Print Name

_435 Perdue Place_
Address (Required)

_Greenville, AL 36037_
City, State and Zip Code

_(334) 371-4096_
Day  Phone no. – Include area code (Required)

_(334) 371-4096_
Evening phone no. – Include area code (Required)

_(334) 207-8970_
Mobile Phone – include area code

_vboyge@hotmail.com_
E-mail Address

**Ohsann v. L. V. Stabler**

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Alisha Huguler_, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _7-20-08_ .

_Alisha Huguler_
Signature

_Alisha Huguler_
Print Name

_P.O. Box 354_
Address (Required)

_Greenville, Alabama 36037_
City, State and Zip Code

_(334) 382-0485_
Day Phone no. – Include area code (Required)

_(334) 383-9946_
Evening phone no. – Include area code (Required)

_901-628-4302_
Mobile Phone – include area code

E-mail Address

**Ohsann v. L. V. Stabler**

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Mellan D Johnson_ , a current or former employee of L. V. Stabler

Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect

back pay, liquidated damages,  minimum wage and/or overtime compensation under the Fair Labor

Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be

filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the

reverse of this page.

Dated: _07-18-08_ .

_____
Signature

_Mellan D Johnson_
Print Name

_423 Perdue Place_
Address (Required)

_Greenville Al 36037_
City, State and Zip Code

_334-525-1383_
Day  Phone no. – Include area code (Required)

_334-383-0335_
Evening phone no. – Include area code (Required)

_334-525-1383_
Mobile Phone – include area code

_____
E-mail Address

Ohsann v. L. V. Stabler

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _CHARLA M MARSH_, a current or former employee of L. V. Stabler

Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect

back pay, liquidated damages,   minimum wage and/or overtime compensation under the Fair Labor

Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be

filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the

reverse of this page.

Dated: _July 18, 2008_.

_Charla M Marsh_
Signature

_CHARLA M MARSH_
Print Name

_219 N CONECUH_
Address (Required)

_GREENVILLE AL 36037_
City, State and Zip Code

_(334) 383-1062_
Day  Phone no. – Include area code (Required)

_383-2247 area Code (334)_
Evening phone no. – Include area code (Required)

_____
Mobile Phone – include area code

_____
E-mail Address

**Ohsann v. L. V. Stabler**

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Clara Sellers_ , a current or former employee of L. V. Stabler

Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect

back pay, liquidated damages,   minimum wage and/or overtime compensation under the Fair Labor

Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be

filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the

reverse of this page.

Dated: _7-17-08_ .

_Clara Seller_
Signature

_Clara Sellers_
Print Name

_5288 Co Rd 45 Ft. Deposit_
Address (Required)

_Ft. Deposit Al 36032_
City, State and Zip Code

_(334) 227-3035_
Day Phone no. – Include area code (Required)

_334 227-3035_
Evening phone no. – Include area code (Required)

_____
Mobile Phone – include area code

_ClaraSellers@ymail.Com_
E-mail Address

**Ohsann v. L. V. Stabler**

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Carl Sexton_, a current or former employee of L. V. Stabler

Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect

back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor

Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be

filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the

reverse of this page.

Dated: _7-21-8_.

_Carl Sexton_
Signature

_Carl Sexton_
Print Name

_2242 Vickery Rd._
Address (Required)

_Greenville Al. 36037_
City, State and Zip Code

_334 - 382 - 6810_
Day  Phone no. – Include area code (Required)

_334 - 382 - 6810_
Evening phone no. – Include area code (Required)

_____
Mobile Phone – include area code

_Carl157 @ CenturyTel . Net_
E-mail Address

**Ohsann v. L. V. Stabler**