IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DONNA OHSANN,

    PLAINTIFF,

V.                        CIVIL ACTION NO. 2:07-cv-00875-WKW

L. V. STABLER HOSPITAL and
COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORPORATION,

    DEFENDANTS.

## THIRD NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

Comes now the Plaintiff in the above matter and files the Consents of the following individuals as an opt-in Plaintiff in this action (Exhibit A):

Robert L. Benson
Barry L. Grace
Pamela Delisa Jones
Samerica Leonard
Margie A. Mickles
Darlene Rudolph
Kathy B. Schofield
Anne Thompson

                Respectfully submitted,

                /s/ David R. Arendall

                David R. Arendall
                Counsel for Plaintiff

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office
205.252.1556 - Facsimile


CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  David Walston, Esq.

/s/ David R. Arendall
_____
Of Counsel

2

# EXHIBIT A

# TO

# THIRD NOTICE

# OF FILING OF

# CONSENTS

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Robert L. Benson_, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _7-23-08_

_Robert L. Benson_
Signature

_Robert L. Benson_
Print Name

_370 pinehurst DR. Apt 32 Georgiana, Al 36033_
Address (Required)

_Georgiana, Al 36033_
City, State and Zip Code

_334-765-0154_
Day Phone no. – Include area code (Required)

_334-376-0043_
Evening phone no. – Include area code (Required)

_____
Mobile Phone – include area code

_____
E-mail Address

**Ohsann v. L. V. Stabler**

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Barry L. Grace__, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: __07-16-08__.

_____
Signature

__Barry L. Grace__
Print Name

__134 World Street__
Address (Required)

__Greenville, Alabama 36037__
City, State and Zip Code

__(334) 371-4757__
Day Phone no. – Include area code (Required)

__(334) 383-1139__
Evening phone no. – Include area code (Required)

__(334) 437-0711__
Mobile Phone – include area code

_____
E-mail Address

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Pamela Delisa Jones, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 7/17/08

*Pamela Delisia Jones*
Signature

Pamela Jones
Print Name

959 BlueRound Rd.
Address (Required)

Georgiana, Al. 36033
City, State and Zip Code

334-376-0046
Day Phone no. – Include area code (Required)

334-376-0046
Evening phone no. – Include area code (Required)

334-498-0157
Mobile Phone – include area code

dee.jordan959@yahoo.com
E-mail Address

Ohsann v. L. V. Stabler

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Samerica Leonard, a current or former employee of L. V. Stabler Hospital, hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: July 16, 2008

Signature: Samerica Leonard

Print Name: Samerica Leonard

Address (Required): 6776 Ala. Hwy 21-N

City, State and Zip Code: Pine Apple, Ala. 36768

Day Phone no. – Include area code (Required): 251-746-2241

Evening phone no. – Include area code (Required):

Mobile Phone – include area code: 251-362-9731

E-mail Address:

Ohsann v. L. V. Stabler

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Margie A Mickles, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 7-18-08

Signature: Margie A Mickles

Print Name: Margie A Mickles

Address (Required): 206 Grayson Street

City, State and Zip Code: Greenville, Al 36037

Day Phone no. – Include area code (Required): 334-371-6754

Evening phone no. – Include area code (Required):

Mobile Phone – include area code:

E-mail Address:

Ohsann v. L. V. Stabler

## CONSENT TO BECOME A PARTY PLAINTIFF

I, **Darlene Rudolph**, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 7/17/08

_Darlene Rudolph_
Signature

_Darlene Rudolph_
Print Name

P. O. Box 387
Address (Required)

Greenville, AL 36037
City, State and Zip Code

334) 383-1846
Day Phone no. – Include area code (Required)

334) 383-1846 or 334/383-2659
Evening phone no. – Include area code (Required)

334) 464-7190
Mobile Phone – include area code

OR
NikkitStewart@aol.com
E-mail Address

**Obsann v. L. V. Stabler**

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Kathy B Schofield_, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _7-16-08_

_Kathy B Schofield_
Signature

_Kathy B Schofield_
Print Name

_74 Windsong Drive_
Address (Required)

_Honoraville AL 36042_
City, State and Zip Code

_334 382-0698_
Day Phone no. – Include area code (Required)

_334 525-1149_
Evening phone no. – Include area code (Required)

_334 525-1149_
Mobile Phone – include area code

_None_
E-mail Address

Ohsann v. L. V. Stabler

## CONSENT TO BECOME A PARTY PLAINTIFF

I, **Annie Thompson**, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: **7/14/08**

Signature: *Annie M Thompson*

Print Name: **Annie Thompson**

Address (Required): **222 Second Street**

City, State and Zip Code: **Greenville, Alabama 36037**

Day Phone no. – Include area code (Required): **(334) 382-6511 home**

Evening phone no. – Include area code (Required): **(334) 368-5435 Contact number — Sister number**

Mobile Phone – include area code: **(334) 431-3420 cell**

E-mail Address: **tannie18@yahoo.com**