IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DONNA OHSANN,

    PLAINTIFF,

V.                     CIVIL ACTION NO. 2:07-cv-00875-WKW

L. V. STABLER HOSPITAL and
COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORPORATION,

    DEFENDANTS.

### FOURTH NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

Comes now the Plaintiff in the above matter and files the Consents of the following individuals as an opt-in Plaintiff in this action (Exhibit A): Margaret Albritton and Dorothy Maye.

                Respectfully submitted,

                /s/ David R. Arendall

                _____
                David R. Arendall
                Counsel for Plaintiff

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  David Walston, Esq.

/s/ David R. Arendall
_____
Of Counsel

2

# EXHIBIT A TO

# FOURTH NOTICE OF

# FILING OF CONSENTS

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Margaret Allbritton_, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _07-23-08_.

_Margaret Allbritton_
Signature

_MARGARET ALBRITTON_
Print Name

_1873 Montgomery Hwy_
Address (Required)

_Greenville, AL. 36037_
City, State and Zip Code

_334-382-2388_                           _334-382-2388_
Day Phone no. – Include area code (Required)   Evening phone no. – Include area code (Required)

_____                _None_
Mobile Phone – include area code           E-mail Address

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Dorothy Maye__, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: __Dorothy Maye 7-22-08__

__Dorothy Maye__
Signature

__Dorothy Maye__
Print Name

__302 Peachtree Road__
Address (Required)

__Greenville__, __Al.__ __36037__
City, State and Zip Code

__334 382 0745__
Day Phone no. – Include area code (Required)

_____
Evening phone no. – Include area code (Required)

_____
Mobile Phone – include area code

_____
E-mail Address

**Ohsann v. L. V. Stabler**