IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DONNA OHSANN,

    PLAINTIFF,

V.                          CIVIL ACTION NO. 2:07-cv-00875-WKW

L. V. STABLER HOSPITAL and
COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORPORATION,

    DEFENDANTS.

### FIFTH NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

Comes now the Plaintiff in the above matter and files the Consents of the following individuals as an opt-in Plaintiff in this action (Exhibit A):

Shirley Candies, Jo Dunklin
Caressa Mae Hawthorne
Helen M. Reeves
Raina Louise Royster
Sandi Spears
Leslie Stallworth, Jr.

                          Respectfully submitted,

                          /s/ David R. Arendall

                          David R. Arendall
                          Counsel for Plaintiff

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: David Walston, Esq.

/s/ David R. Arendall
_____
Of Counsel

# EXHIBIT A

# TO

# FIFTH NOTICE OF

# FILING OF CONSENTS

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Shirley CANDIES__, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: __7/27/2008__.

__Shirley Candies__
Signature

__Shirley CANDIES__
Print Name

__108 Garden Drive__
Address (Required)

__Camden Alabama 36726__
City, State and Zip Code

__(334) 682-4685 -(334) 682 4131__
Day Phone no. – Include area code (Required)

__(334)-682-4685 or (334) 682 4131__
Evening phone no. – Include area code (Required)

_____
Mobile Phone – include area code

__thelsamae@yahoo.com__
E-mail Address

**Ohsann v. L. V. Stabler**

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Jo Dunklin_, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _7/24/08_

_____
Signature

_Jo Dunklin_
Print Name

_121 South Shipp St_
Address (Required)

_Evergreen  AL  36401_
City, State and Zip Code

_(251) 578-3207_                    _Same as Day_
Day Phone no. – Include area code (Required)    Evening phone no. – Include area code (Required)

_(334) 412-9538_
Mobile Phone – include area code            E-mail Address

**Obsann v. L. V. Stabler**

**CONSENT TO BECOME A PARTY PLAINTIFF**

I, _CaressA Hawthorne_, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _7-17-08_.

_Caressa Hawthorne_
Signature

_CaressA Mae Hawthorne_
Print Name

_979 Blue Round Rd_
Address (Required)

_Georgiana   ab36033_
City, State and Zip Code

_334 376 5511_
Day Phone no. – Include area code (Required)

_____
Evening phone no. – Include area code (Required)

_____
Mobile Phone – include area code

_____
E-mail Address

**Ohsann v. L. V. Stabler**

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Helen M. Reeves_, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _7/27/08_

_Helen M. Reeves_
Signature

_Helen M. Reeves_
Print Name

_33109 lesbq St_
Address (Required)

_Greenville Al. 36037_
City, State and Zip Code

_334-382 7782_
Day Phone no. – Include area code (Required)

_____
Evening phone no. – Include area code (Required)

_____
Mobile Phone – include area code

_____
E-mail Address

**Ohsann v. L. V. Stabler**

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Raina Louise Royster__, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: __7/28/08__.

__Raina L. Royster__
Signature

__Raina Louise Royster__
Print Name

__9869 Cty Rd #7__
Address (Required)

__Repton, AL 36475__
City, State and Zip Code

__(251) 248-2611__                                 __(251) 248-2611__
Day Phone no. – Include area code (Required)       Evening phone no. – Include area code (Required)

__(251) 714-5516__                                 __raina_royster@yahoo.com__
Mobile Phone – include area code                   E-mail Address

**Ohsann v. L. V. Stabler**

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Sandi Spears__, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: __07-26-08__

*I am now Sandi Kersker. I have gotten divorce & went back to maiden.*

__Sandi Spears__
Signature

__Sandi Spears__
Print Name

__18822 Dunns Bridge Rd.__
Address (Required)

__Andalusia, AL 36421__
City, State and Zip Code

__334-343-4483__
Day Phone no. – Include area code (Required)

__334-343-4483__
Evening phone no. – Include area code (Required)

__334-343-4483__
Mobile Phone – include area code

E-mail Address

**Ohsann v. L. V. Stabler**