**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Ohsann v. L.V. Stabler Hospital et al

**Case Number:** 2:07-cv-00875-WKW

Referenced Pleading - Exhibit A   -   **Doc. 52**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**

# EXHIBIT A

# TO

# FIFTH NOTICE OF

# FILING OF CONSENTS

**CONSENT TO BECOME A PARTY PLAINTIFF**

I, _Shirley CANDIES_, a current or former employee of L. V. Stabler Hospital, hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _7/27/2008_.

_Shirley Candies_
Signature

_Shirley CANDIES_
Print Name

_108 Garden Drive_
Address (Required)

_Camden Alabama 36726_
City, State and Zip Code

_(334) 682-4685 - 682 4131_          _(334) 682-4685 or 682 4131_
Day Phone no. – Include area code (Required)   Evening phone no. – Include area code (Required)

                                        _thelsamae@yahoo.com_
Mobile Phone – include area code        E-mail Address

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Jo Dunklin_, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _7/24/08_.

_Jo Dunklin_
Signature

_Jo Dunklin_
Print Name

_121 South Shipp St_
Address (Required)

_Evergreen AL 36401_
City, State and Zip Code

_(251) 578-3207_
Day Phone no. – Include area code (Required)

_Same as Day_
Evening phone no. – Include area code (Required)

_(334) 412-9538_
Mobile Phone – include area code

E-mail Address

**Obsann v. L. V. Stabler**

**CONSENT TO BECOME A PARTY PLAINTIFF**

I, __CaressA Hawthornt__, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: __7-17-08__.

__Caressa Hawthorne__
Signature

__CaressA Mae Hawthorne__
Print Name

__979 Blue Round Rd__
Address (Required)

__Georgiana AL 36033__
City, State and Zip Code

__334 376 5511__
Day Phone no. – Include area code (Required)

_____
Evening phone no. – Include area code (Required)

_____
Mobile Phone – include area code

_____
E-mail Address

Ohsann v. L. V. Stabler

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Helen M. Reeves_, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: _7/27/08_.

_Helen M. Reeves_
Signature

_Helen M. Reeves_
Print Name

_33109 Lesbg St_
Address (Required)

_Greenville Al. 36037_
City, State and Zip Code

_334-382 7782_
Day Phone no. – Include area code (Required)

_____
Evening phone no. – Include area code (Required)

_____
Mobile Phone – include area code

_____
E-mail Address

**Ohsann v. L. V. Stabler**

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Raina Louise Royster__, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: __7/28/08__

__Raina L. Royster__
Signature

__Raina Louise Royster__
Print Name

__9869 Cty Rd #7__
Address (Required)

__Repton, AL 36475__
City, State and Zip Code

__(251) 248-2611__
Day Phone no. – Include area code (Required)

__(251) 248-2611__
Evening phone no. – Include area code (Required)

__(251) 714-5516__
Mobile Phone – include area code

__raina_royster@yahoo.com__
E-mail Address

Ohsann v. L. V. Stabler

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Sandi Spears, a current or former employee of L. V. Stabler Hospital. hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 07-26-08

\*I am now Sandi Kersker I have gotten divorce & went back to maiden.

Sandi Spears
Signature

Sandi Spears
Print Name

18822 Dunns Bridge Rd.
Address (Required)

Andalusia, AL 36421
City, State and Zip Code

334-343-4483
Day Phone no. – Include area code (Required)

334-343-4483
Evening phone no. – Include area code (Required)

334-343-4483
Mobile Phone – include area code

_____
E-mail Address