IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DONNA OHSANN,

    PLAINTIFF,

V.                    CIVIL ACTION NO. 2:07-cv-00875-WKW

L. V. STABLER HOSPITAL and
COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORPORATION,

    DEFENDANTS.

## SIXTH NOTICE OF FILING OF CONSENTS BY OPT-IN PLAINTIFFS

Comes now the Plaintiff in the above matter and files the Consents of the following individuals as an opt-in Plaintiff in this action (Exhibit A):

Leslie Stallworth, Jr.

                    Respectfully submitted,

                    /s/ David R. Arendall

                    David R. Arendall
                    Counsel for Plaintiff

OF COUNSEL:

**ARENDALL & ASSOCIATES**
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 - Facsimile

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: David Walston, Esq.

/s/ David R. Arendall

_____
Of Counsel

# EXHIBIT A

# TO

# SIXTH NOTICE OF

# FILING OF CONSENTS

## CONSENT TO BECOME A PARTY PLAINTIFF

I, *Leslie Stallworth, Jr.*, a current or former employee of L. V. Stabler Hospital, hereby consent to become a party plaintiff in a lawsuit against L. V. Stabler Hospital, to collect back pay, liquidated damages, minimum wage and/or overtime compensation under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or any other applicable federal or state statute(s) already filed or to be filed against L. V. Stabler Hospital.

By signing this Consent, I agree to the terms and conditions of the Attorney Fee Agreement on the reverse of this page.

Dated: 7-28-08

_Leslie Stallworth, Jr._
Signature

Leslie Stalworth, Jr.
Print Name

2358 Manningham Rd
Address (Required)

Greenville, AL 36037
City, State and Zip Code

(334) 382-0269
Day Phone no. – Include area code (Required)

(334) 382-0269
Evening phone no. – Include area code (Required)

(334) 368-2919
Mobile Phone – include area code

N/A
E-mail Address