IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA OHSANN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 2:07CV875-WKW |
| | ) |
| L.V.STABLER HOSPITAL, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Upon consideration of the plaintiffs' motion to quash subpoenas and/or enter a protective order (doc. # 56) filed on August 5, 2008, it is

ORDERED that oral argument on the motion be and is hereby set by telephone conference on August 19, 2008 at 3:30 p.m. The opposing party shall file a written response not later than two (2) days prior to argument. Not later than five (5) days before the conference, counsel for the parties shall conduct a face-to-face meeting during which they make a good faith attempt to resolve the issues raised in the motion.

Counsel for the party filing the motion shall set up the telephone conference.

Done this 7th day of August, 2008.

                                    /s/Charles S. Coody
                                    CHARLES S. COODY
                                    UNITED STATES MAGISTRATE JUDGE